# United States District Court

_____Western_____  District of  _____Virginia_____

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
FEB 04 2009
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

UNITED STATES OF AMERICA

V.

**CRIMINAL COMPLAINT**

**Michelle Nicholson**

Roanoke, ████ VA ████

SS#: xxx-xx-8213    DOB: ████/67

(Name and Address of Defendant)

Case Number: 7O9mI38

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my Knowledge and belief. On or about __12/13/2006 to 08/06/2007__ in __The City of Salem,__ in the __Western__ District of __Virginia__ defendant(s) committed,

**Larceny of Government Property**

in violation of Title __18__ United States Code __641__ and I further state that I am a __Special Agent__ and that this complaint is based on the following facts:

Official Title

**See attached affidavit.**

Continued on the attached sheet and made a part hereof: [X] Yes  [ ] No

**Benjamin M. LaBuz**
Name of Complaintant

_/s/ Byan M LaBuz_
Signature of Complainant

Sworn to before me and subscribed in my presence,

__February 4, 2009__                at                __Roanoke, Virginia__
Date                                                    City and State

**Michael F. Urbanski,**
**U.S. Magistrate**

_/s/_
Name and Title of Judicial Officer    Signature of Judicial Officer

# AFFIDAVIT

I, Benjamin M. LaBuz, being duly sworn, state the following:

## I. INTRODUCTION

1. I am currently employed as a Special Agent with the Department of Veteran's Affairs, Office of Inspector General, Criminal Investigation Division, and have been so employed for approximately two years.

2. I attended the Criminal Investigator Training Program at the Federal Law Enforcement Training Center where I received training in the investigation of offenses against the United States Government. In addition, I have worked on several investigations involving the theft of United States Government money and property.

3. The information contained in this affidavit is based on my personal knowledge and information provided by other law enforcement officers, including officers of the Department of Veterans Affairs, Police Services. This affidavit does not contain all the information I know regarding this investigation, and is for the sole purposing of establishing probable cause for:

**CRIMINAL COMPLAINT** for MICHELE NICHOLSON

4. Based on the information stated more fully below, there is probable cause to believe that MICHELE NICHOLSON ("NICHOLSON") participated in a theft scheme to defraud the United States Department of Veterans Affairs ("VA") of money, in violation of Title 18, Untied States Code, Section 641 (theft of public money).

## II. BACKGROUND

5. NICHOLSON is a registered nurse employed by the VA and is stationed at the VA Medical Center in Salem, Virginia ("VAMC"). As a nurse employed by the VA, and having been employed for more than one year, NICHOLSON is eligible to participate in the VA's National Nursing Education Initiative ("NNEI"). The NNEI provides tuition reimbursement for nurses in their pursuit of higher education. NNEI participants are required to pay the tuition and fees at the university which they attend. To be reimbursed for tuition costs, participants must submit a copy of the university invoice to the VA.

6. On or about August 18, 2006, NICHOLSON signed a NNEI Advanced Degree Education Program contract. The contract approved $15,800 in funding for NICHOLSON to pursue an advanced nursing degree. The contract also required NICHOLSON to complete a three-year service obligation with the VA upon completion of the degree.

7. In or around July 2006, NICHOLSON began receiving invoices from Walden University ("Walden"). Walden sent NICHOLSON the invoices via email; however, invoices were also available to NICHOLSON through Walden's online student portal. Walden is strictly an online university and does not mail invoices through the postal system.

8. On or about July 1, 2006 and continuing through approximately October 31, 2007, NICHOLSON submitted Walden invoices to the Human Resources Department at the VAMC for reimbursement of tuition funds. NICOLSON was reimbursed a total of $14,525 between October 2006 and August 2007.

## III. THEFT SCHEME

9. On September 25, 2007, Police Services at the VAMC received information from Marsha Garrison ("Garrison"), Education Coordinator at the VA, stating NICHOLSON had submitted multiple fraudulent invoices to her office. Garrison informed Police Services that she found a typed note which had been placed under her office door. The note, sent by an anonymous employee, stated he or she had observed NICHOLSON altering the invoices that NICHOLSON provided the VA for reimbursement.

10. Garrison reviewed Walden invoices submitted by NICHOLSON and noticed suspicious technology and book fees ranging from $350 to $750 dollars. Garrison contacted the Walden Bursar's Office and spoke with Tina Curreri ("Curreri"). Curreri informed Garrison that Walden did not charge separate technology or book fees on their invoices.

11. The Affiant received, through an Inspector General subpoena, certified copies of NICOLSON'S Walden invoices. A review of the invoices confirmed Walden did not charge technology and book fees.

12. The Affiant reviewed invoices submitted by NICHOLSON to the Human Resources Office at the VA. On four separate occasions, NICHOLSON submitted altered invoices to the VA. NICHOLSON added a total of $2,325 in fraudulent technology and book fees as outlined below:

| Count | Date NICHOLSON Provided Invoice to VA | Amount NICHOLSON Altered | Date NICHOLSON Received Reimbursement | Amount NICHOLSON Received |
|---|---|---|---|---|
| 1 | 7/24/2006 | $750 | 12/13/2006 | $500 |
| 1 | 1/22/2007 | $350 | 2/6/2007 | $350 |

| 2 | 3/22/2007 | $475 | 5/2/2007 | $200 |
| 2 | 7/2/2007 | $750 | 8/6/2007 | $375 |
| Totals | | $2,325 | | $1,425 |

13. On four separate occasions, NICHOLSON was reimbursed for fraudulent technology and book fees. Reimbursements were paid via electronic funds transfer (EFT) to an account NICHOLSON established with the VA.

## III. CHARGES

### COUNT 1

14. On or about December 13, 2006 and February 6, 2007, at Salem, in the Western District of Virginia, MICHELLE NICHOLSON, did knowingly steal a total of $850 from the United States Department of Veterans Affairs, in violation of Title 18, United States Code, Section 641.

### COUNT 2

15. On or about May 2, 2007 and August 6, 2007, at Salem, in the Western District of Virginia, MICHELLE NICHOLSON, did knowingly steal a total of $575 from the United States Department of Veterans Affairs, in violation of Title 18, United States Code, Section 641.

16. The Affiant respectfully requests a summons for MICHELLE NICHOLSON because she knowingly stole $1,425 in funds from the Department of Veterans Affairs in violation of Title 18, United States Code, Section 641.

Sworn to and subscribed before me this \_\_\_4th\_\_\_ day of February, 2009.

*[signature]*
Benjamin M. LaBuz
Special Agent
Department of Veteran's Affairs
Office of the Inspector General


Subscribed and Sworn to before me this \_\_\_4\_\_\_ day of February, 2009.

*[signature]*
United States Magistrate Judge